UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA GALLEGOS DE LUCIO | § | |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO.1:19-CV-00085 |
| | § | |
| TRANS EXPERT, INC. | § | |
| Defendant | § | |

## SCHEDULING ORDER

*FRCP = Federal Rules of Civil Procedure    FPC = Final Pretrial Conference    JPO = Joint Pretrial Order*

1. Trial: Estimated time to try: 4 days.  ☐ Bench  X Jury
   *In the event the estimated length of trial is more than five (5) business days, each party must provide specific and itemized time limits as to each witness listed in the Joint Pretrial Order.*

2. Parties must comply with FRCP 15 in amending pleadings.

3. New party joinder deadline:    October 4, 2019
   *Furnish a copy of this scheduling order to new parties.*

4. The plaintiff's experts and expert reports deadline:    January 10, 2020
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(4)*

5. The defendant's experts and reports deadline:    February 21, 2020
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(5)*

6. Discovery completion deadline:    May 15, 2020
   *Every disclosure under FRCP 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name--or by the party personally, if unrepresented--and must state the signer's address, e-mail address, and telephone number. See FRCP 26(g).*

   *Additionally, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action. See FRCP 37(a)(1). Failure to comply with this rule may result in sanctions and the payment of reasonable expenses and attorney's fees pursuant to FRCP 37(a)(5).*

| | |
|---|---|
| 7. The parties' mediation and status report deadline: | February 15, 2020 |
| 8. Dispositive motions deadline:<br>*See FRCP 56(b).* | May 29, 2020 |
|    a.) Responses to dispositive motions: | June 12, 2020 |
| 9. Non-Dispositive Motions deadline: | 45 days before FPC |
| 10. Daubert motions/motions to exclude expert's deadline: | 45 days before FPC |
| 11. Joint pretrial order (including witness and exhibit lists) is due:<br>*All parties are responsible for filing the joint pretrial order on time.* | 30 days before FPC |
| 12. Objections to exhibit list due: | 10 days after JPO |
| 13. Final Pretrial Conference is set for 1:30 P.M.: | Please contact Case Manager for FPC date |
| 14. Jury Selection is set for 10:30 A.M.: | Please contact Case Manager for trial date |

Approved:

/s/ Averie Maldonado                                07/19/2019
Attorney-in-Charge, Plaintiff(s)                    Date

*[signature]*                                       07/19/19
Attorney-in-Charge, Defendant(s)                    Date


Signed on this the _____ day of _____, 2019.


_____
Rolando Olvera
United States District Judge