UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA GALLEGOS DE LUCIO | § § § | |
| V. | § § | CIVIL ACTION NO. 1:19-cv-00085 |
| TRANS EXPERT, INC. | § § § § | |

## FINAL JUDGMENT

On the below date, came on to be heard the above numbered and styled cause, and the parties appeared by their attorneys of record and announced to the Court that all matters in controversy between Plaintiff, MARIA GALLEGOS DE LUCIO, and Defendant, TRANS EXPERT, INC., have been compromised and settled by agreement.

IT IS, ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

SIGNED and ENTERED this _____ day of _____, 2020.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**COWEN I RODRIGUEZ I PEACOCK**
6243 IH 10 West Ste 801
San Antonio, Texas 78201
Telephone: (210) 941-1301
Facsimile: (210) 579-8968
Email: efilings@cowenlaw.com


By:_____
    JACOB LEIBOWITZ
    State Bar No. 24066930
    NATALIE ARLEDGE
    State Bar No. 24073464
    Southern District Federal Bar No. 2639078

**ATTORNEYS FOR PLAINTIFF
MARIA GALLEGOS DE LUCIO**


**ESPEY & ASSOCIATES, PC**
12400 San Pedro Avenue, Suite 200
San Antonio, Texas 78216
Telephone: (210) 404-0333
Facsimile: (210) 404-0336
Email: espeyservice@lawespey.com


By:_____
    R. MATT LAIR
    State Bar No. 11795410
    Federal Bar No. 112816

**ATTORNEYS FOR DEFENDANT
TRANS EXPERT, INC.**